IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 20-307 |
| EDWARD KIPP | : | |
| | : | |

# **ORDER**

**AND NOW**, this 19th day of May, 2021, after a review of the defendant's Motion in Limine Concerning Reference as a Sex Offender with Citation to Authority and the response thereto, it is hereby **ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.