# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 20-307 |
| EDWARD KIPP | : | |
| | : | |

## ORDER

**AND NOW**, this 29th day of June, 2021, after a review of the government's Motion in Limine concerning Probation Officer Merth and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED** for the reasons set forth in the accompanying Memorandum Opinion. It is further **ORDERED** that the government's Motion in Limine concerning the audio recording and transcript is **GRANTED**, and the defendant retains his right to raise an objection under Federal Rule of Evidence 106 at trial.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.